

Opinions of the United
States Court of Appeals
for the Third Circuit

7-29-2004

# Marran v. Marran

Precedential or Non-Precedential: Precedential

Docket No. 03-3018

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Marran v. Marran" (2004). *2004 Decisions.* Paper 425.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/425

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEAL
FOR THE THIRD CIRCUIT

———

No. 03-3018

———

RACHEL MARRAN; CLAUDIA LIBRETT,

<u>Appellants</u>

v.

MICHAEL MARRAN; MONTGOMERY COUNTY OFFICE
OF CHILDREN AND YOUTH; MONTGOMERY COUNTY, PA

———

On Appeal from the United States District Court
for the Eastern  District of Pennsylvania
(D.C. Civil No. 03-cv-01709)
District Judge: Hon. Michael M. Baylson

———

Argued April 13, 2004

BEFORE: RENDELL, COWEN and LAY*, <u>Circuit Judges</u>

(Filed July 15, 2004)

———

ORDER AMENDING PUBLISHED OPINION

———

———

*Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit,
sitting by designation.

IT IS HEREBY ORDERED that the opinion filed July 15, 2004, be amended as follows:

Page 4, first column, line 18, delete the words "to broadly" and insert the words "too broadly".

By the Court:


/s/ Robert E. Cowen
United States Circuit Judge

Dated: July 29, 2004